US00D995660S

(12) **United States Design Patent**  
Zhang

(10) Patent No.: **US D995,660 S**  
(45) Date of Patent: ** **Aug. 15, 2023**

(54) **DANCING CACTUS PLUSH TOY**

(71) Applicant: **Zhiguang Zhang**, Guangzhou (CN)

(72) Inventor: **Zhiguang Zhang**, Guangzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/794,514**

(22) Filed: **Jun. 14, 2021**

(51) **LOC (14) Cl.** ............................................. **21-01**

(52) **U.S. Cl.**  
USPC ........................................................ **D21/628**

(58) **Field of Classification Search**  
USPC .......... D21/621, 627–628, 630; D6/597–600  
CPC .................................................... A63H 3/00  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D314,999 S | * | 2/1991 | Kataoka ........................ D21/585 |
| D341,635 S | * | 11/1993 | Kolton .......................... D21/628 |
| D425,581 S | * | 5/2000 | Philbern ........................ D21/627 |
| D442,237 S | | 5/2001 | Hou |
| D446,811 S | * | 8/2001 | Beard ........................... D21/628 |
| D449,661 S | | 10/2001 | DeLaney |
| D449,862 S | | 10/2001 | Delaney |
| D450,786 S | * | 11/2001 | Jenkins ......................... D21/628 |
| D452,888 S | | 1/2002 | Turk |
| D464,384 S | * | 10/2002 | Behrle .......................... D21/628 |
| D541,891 S | * | 5/2007 | Warren ......................... D21/628 |
| D598,507 S | | 8/2009 | Manzanares |
| D602,999 S | | 10/2009 | Garcia |
| D603,000 S | | 10/2009 | Garcia |
| D651,663 S | * | 1/2012 | Rappaport-Rowan ....... D21/628 |
| D651,668 S | * | 1/2012 | Rappaport-Rowan ....... D21/628 |
| D688,329 S | | 8/2013 | Vinh Hoang |
| D832,375 S | | 10/2018 | Austin |
| D839,364 S | * | 1/2019 | Cooks ........................... D21/628 |
| D913,381 S | | 3/2021 | Liu |

OTHER PUBLICATIONS

"Dynamic Music Dancing Cactus" Jan. 29, 2021, site visited Dec. 3, 2022, Youtube.com: https://youtu.be/J-vYMnXaAxU (Year: 2021).*

* cited by examiner

*Primary Examiner* — Michael C Stout  
*Assistant Examiner* — Melvin L Davis  
(74) *Attorney, Agent, or Firm* — Jose Cherson Weissbrot

(57) **CLAIM**

The ornamental design for a dancing cactus plush toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a dancing cactus plush toy showing my new design;  
FIG. **2** is a rear elevational view thereof; and,  
FIG. **3** is a left elevational view thereof;  
FIG. **4** is a right side view thereof;  
FIG. **5** is a top side view thereof;  
FIG. **6** is a bottom plan view thereof;  
FIG. **7** is a perspective view of a dancing cactus plush toy showing my new design; and,  
FIG. **8** is another perspective view thereof.  
The broken lines in the figures are for the purposes of illustrating portions of the dancing cactus plush toy, which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





*FIG.1*



*FIG.2*

Case: 1:24-cv-08301 Document #: 1-1 Filed: 09/11/24 Page 4 of 9 PageID #:12



*FIG.3*



*FIG.4*



*FIG.5*



*FIG.6*



*FIG.7*



*FIG.8*