# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DONGGUAN BENYUAN FOOD CO., LTD.

V.

ZHIGUANG ZHANG

CASE NUMBER: 24-cv-8301

ASSIGNED JUDGE: Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Heather K. McShain

TO: (Name and address of Defendant)

ZHIGUANG ZHANG
No. 2, Nansi Lane
Hutang Middle Street
Baiyun District
Guangzhou, Guangdong
China 510080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Poplin
Avek IP, LLC
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



September 19, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>9/20/2024 |
| NAME OF SERVER (PRINT)   Allen Justin Poplin | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served Defendant by mailing Summons and [1], [4], [8], [9], & [12] all three ways set forth in [4] on 9/20/2024 as ordered at [12]. The tracking numbers are: USPS EH039332794US; DHL 1635481993; USPS 9505516266184264177029.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/2024          *[signature]*
           Date                        *Signature of Server*

                                7285 W 132nd St, Ste 340, Overland Park, KS 66213
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.